**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Pablo Antonio Silva**<br>DOB: 1992; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-02774MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 8, 2025, at or near Nogales, in the District of Arizona, **Pablo Antonio Silva** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 8, 2025, at approximately 12:33 p.m., Pablo Antonio SILVA attempted to enter the United States from the Republic of Mexico as a pedestrian via the Morley pedestrian gate in Nogales, Arizona. Customs and Border Protection (CBP) officers asked SILVA where he was going, and SILVA stated he was going to Tucson. Officers asked SILVA about his means of transportation, and SILVA said he was going to take the shuttle. SILVA did not have any information about the shuttle he was going to take or his final destination. When officers referred SILVA for a secondary inspection, SILVA told them he was concealing narcotics on his body. A CBP canine, trained to detect the odor of narcotics, alerted to a trained odor emanating from SILVA's person. Officers searched SILVA and found six packages of suspected narcotics taped to SILVA's legs, back, and stomach. A representative sample of the contents of the packages was field tested and yielded positive results for the properties of fentanyl. The packages of fentanyl weighed 2.88 kilograms.

After waiving his *Miranda* rights, SILVA said he was going to be paid $600 USD after completing this job. SILVA admitted he has previously smuggled drugs to Tucson and Phoenix.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>Sworn to telephonically. | SIGNATURE OF COMPLAINANT (official title)<br>LESILEE D DEMPSEY *Digitally signed by LESILEE D DEMPSEY Date: 2025.12.09 10:46:49 -07'00'*<br>OFFICIAL TITLE<br>Special Agent Lesilee Dempsey<br>Homeland Security Investigations |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 9, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Hopkins